ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6595
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  CV 13-7437 R (PLAx) |
|       Plaintiff, | ) |
|   v. | ) **PROTECTIVE ORDER** |
| $628,847.00 IN U.S. CURRENCY, | ) |
|       Defendant. | ) |
| BINYUE XIAO, | ) |
|       Claimant. | ) |

The Court having reviewed and considered the Stipulation Re: Protective Order filed by the parties in this matter on

1

April 29, 2014, and good cause appearing, the Court finds and ORDERS as follows:

1. On October 8, 2013, the government filed a complaint for forfeiture. On November 1, 2013, claimant filed a statement identifying right or interest to the defendant $628,847.00 in U.S. Currency and an answer.

2. This Stipulation and Protective Order shall govern the use and disclosure of all "Discovery Material" as defined in paragraph 3, furnished by Plaintiff and Claimant in depositions, in response to interrogatories, requests for admissions, requests for production of documents; document productions; other discovery proceedings; or voluntary disclosure by plaintiff or claimant in this action.

3. As used herein, "Discovery Material" includes, but is not limited to, any document, record and other material containing and/or reflecting the personal, family and/or business financial assets and liabilities of claimant (i.e., bank and credit card statements, tax records, client/supplier invoices, utilities' bills, etc.).

4. The Parties have requested Discovery Material from each other that each party intends to produce in this matter, some of which includes personal identification information for claimant's personal, family and/or business financial assets and liabilities, including but not limited to names, Social Security numbers, bank and credit account numbers, driver's license numbers, addresses, phone numbers, client/supplier invoices and

contact information and other similar information (collectively "profile information").

5. Only the following individuals may review the unredacted Discovery Material:

    a. The named Parties in the Action;

    b. Counsel of record for the Parties;

    c. Partners, associates, secretaries, paralegals, federal, state and local law enforcement officers, agents, and contractors and other such personnel employed or retained by or working under the supervision of said counsel who are actively engaged in assisting counsel with this Action; and,

    d. Outside consultants, technical advisors, and expert witnesses (whether designated or retained as trial witnesses or not) employed or retained by the Parties or their counsel.

6. Unredacted profile information produced to either party shall be stored in a secure manner. Within 60 days of the conclusion of this matter, claimant's counsel, claimant's counsel's employees, and any retained expert, must either: (1) return all documents containing profile information to the government, as well as all copies, and all notes, memoranda or other documents containing profile information obtained from documents produced in discovery, or (2) destroy the documents

containing profile information and certify in writing to counsel for the government that the documents have been destroyed.

    7.   A willful violation of this Protective Order by claimant, his respective attorneys, or others may result in contempt of court proceedings or other civil or criminal sanctions.

    IT IS SO ORDERED.

DATED:   April 30  , 2014

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America